```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
CARYN L. GOOT
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. ALCANTER,<br><br>            Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>            Defendant. | CASE NO. 2:05-CV-01655-PAN (JFM)<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO<br>JULY 6, 2006 |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from the present due date of June 2, 2006, by thirty-four days, to the new response date of July 6, 2006, and that all subsequent due dates under the Court's Scheduling Order shall be extended accordingly.  This case was recently reassigned due to a family emergency.  The newly assigned attorney requests additional time

Stip.& Order Ext. Def.'s Time
2:05-01655                                **1**

1 to review the case.
2      This is the first extension requested re Defendant's
3 response to Plaintiff's motion for summary judgment.
4      The parties further stipulate that Plaintiff's counsel shall
5 return a facsimile of this stipulation bearing her signature for
6 retention by Defendant's counsel, and that Defendant shall e-file
7 this stipulation pursuant to applicable local rules.

8 DATED: June 1, 2006          /s/ Bess M. Brewer
                               BESS M. BREWER
9                              Attorney at Law

10                             Attorney for Plaintiff

11 DATED: June 1, 2006          McGREGOR W. SCOTT
                               United States Attorney
12                             BOBBIE J. MONTOYA
                               Assistant U.S. Attorney
13
                           By: /s/ Bobbie J. Montoya for
14                             CARYN L. GOOT
                               Special Assistant U.S. Attorney
15
                               Attorneys for Defendant
16 OF COUNSEL:
   LUCILLE GONZALES MEIS
17 CHIEF COUNSEL, REGION IX
   UNITED STATES SOCIAL SECURITY ADMINISTRATION
18

19
                                    ORDER
20 _____

        APPROVED AND SO ORDERED.
21
   DATED: June 12, 2006.
22

23
                              /s/ [signature]
24                         UNITED STATES MAGISTRATE JUDGE

25

26 /001;alcanter.eot

27

28 Stip.& Order Ext. Def.'s Time
   2:05-01655                      **2**